THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEORGE BROOKS, Respondent, v. MICHAEL J. DILLON, as Mayor of the City of New Rochelle; GRENVILLE T. EMMET et al., Composing the Board of Police Commissioners of the City of New Rochelle, Appellants.

*People ex rel. Brooks* v. *Dillon,* 46 App. Div. 629, affirmed.
(Submitted January 9, 1900; decided January 23, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1899, which affirmed an order of the Special Term granting a peremptory writ of mandamus, directing the restoration of the relator to his position as patrolman on the police force of the city of New Rochelle.

*Michael J. Tierney* for appellants.

*J. Addison Young* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES F. MEYERS, Respondent, v. MICHAEL J. DILLON, as Mayor of the City of New Rochelle; GRENVILLE T. EMMET et al., Composing the Board of Police Commissioners of the City of New Rochelle, Appellants.

*People ex rel. Meyers* v. *Dillon,* 46 App. Div. 187, affirmed.
(Submitted January 9, 1900; decided January 23, 1900.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 16, 1899, which affirmed an order of the Special Term granting a peremptory writ of mandamus, directing the restoration of the relator to his position as patrolman on the police force of the city of New Rochelle.

*Michael J. Tierney* for appellants.

*J. Addison Young* for respondent.

Order affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT,
HAIGHT, MARTIN and VANN, JJ.